| | |
|---|---|
| Scott W. Breedlove (*pro hac vice*) | Richard S.J. Hung (SBN 197425) |
| sbreedlove@carterarnett.com | rhung@mofo.com |
| Omer Salik (CA SBN 223056) | Rachel S. Dolphin (SBN 305477) |
| osalik@carterarnett.com | rdolphin@mofo.com |
| Eric Chen (CA SBN 296570) | MORRISON & FOERSTER LLP |
| echen@carterarnett.com | 425 Market Street |
| Alexis Ritzer (*pro hac vice*) | San Francisco, California 94105 |
| aritzer@carterarnett.com | Telephone: (415) 268-7000 |
| CARTER ARNETT PLLC | Facsimile: (415) 268-7522 |
| 8150 N. Central Expy, Suite 500 | |
| Dallas, Texas 75206 | Bita Rahebi (SBN 209351) |
| 214-550-8188 (Telephone) | brahebi@mofo.com |
| 214-550-8185 (Facsimile) | MORRISON & FOERSTER LLP |
| | 707 Wilshire Boulevard |
| *Attorneys for Defendants Longhorn IP LLC and Hamilcar Barca IP LLC* | Los Angeles, California 90017 |
| | Telephone: (213) 892-5200 |
| | Facsimile: (213) 892-5454 |
| | |
| | [Additional counsel on signature page] |
| | |
| | *Attorneys for Plaintiff Taiwan Semiconductor Manufacturing Company Limited* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> LONGHORN IP LLC and HAMILCAR BARCA IP LLC, <br><br> Defendant. | Case No. 5:23-cv-04265-PCP <br><br> **JOINT ADMINISTRATIVE MOTION TO SEAL** |

I.  **INTRODUCTION**

Pursuant to the Court's Order (Dkt. 66) and Civil Local Rules 7-11 and 79-5, Plaintiff Taiwan Semiconductor Manufacturing Company Limited ("TSMC") and Defendants Longhorn IP LLC ("LIP") and Hamilcar Barca IP LLC ("Hamilcar") (collectively, "Defendants") hereby submit this combined administrative request for an order authorizing the sealing of certain material, as outlined below.

The parties jointly move to file portions of these documents under seal because it contains TSMC's and Defendants' confidential and proprietary licensing information.

II. **ARGUMENT**

Civil Local Rule 79-5(d) requires that if a portion of a document is sealable, counsel seeking to file the portion of the document under seal must file and serve an administrative motion for a sealing order, accompanied by a declaration establishing that a portion of the document is sealable, and a proposed order narrowly tailored to seal only the sealable material. Furthermore, Civil Local Rule 79-5(e) requires that when seeking to file or refer to a document that has been designated confidential by another party, the submitting party's declaration must identify the portions of documents containing the confidential material and the party that has designated the material confidential, and must serve this information on the designating party the same day as the filing. "In general, compelling reasons sufficient to outweigh the public's interest in disclosure and justify sealing court records exist when such court files might have become a vehicle for improper purposes, such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (internal quotations omitted).

TSMC submits this administrative request to seal along with the prior declarations of Bita Rahebi (Dkt. 2-1), Richard Hung (Dkt. 44-1, Dkt. 62-1), Peter Yang (Dkt. 2-2, Dkt. 37-1, Dkt. 44-2; Dkt. 52-1), and David Hsia (Dkt. 62-2), which together establish compelling reasons to protect the confidentiality of the information sought to be sealed. The materials TSMC seeks to seal relate to TSMC's license agreements, licensing arrangements, and license practices. *See* Yang Decls. (Dkt. 2-2 §§ 3-8, Dkt. 37-1 §§ 3-6, Dkt. 44-2 §§ 3-6, Dkt. 52-1 §§ 3-6); Hsia Decl.

(Dkt. 62-2 §§ 3-6); *see also* Rahebi Decl. (Dkt. 2-1 §§ 3-5); Hung Decls. (Dkt. 44-1 § 3, Dkt. 62-1 § 3). TSMC maintains the security and confidentiality of this information. Yang Decls. (Dkt. 2-2 § 4, Dkt. 37-1 § 4, Dkt. 44-2 § 4, Dkt. 52-1 § 4); Hsia Decl. (Dkt. 62-2 § 4). Protecting the confidentiality of this information is essential for TSMC to undertake its business affairs. Yang Decls. (Dkt. 2-2 §§ 4-8, Dkt. 37-1 §§ 4-6, Dkt. 44-2 §§ 4-6, Dkt. 52-1 §§ 4-6); Hsia Decl. (Dkt. 62-2 §§ 4-6). If members of the public gained access to this sensitive TSMC information, it would likely interfere with the ongoing activities of TSMC and its intellectual property and could deter future contracting efforts. Yang Decls. (Dkt. 2-2 §§ 4-8, Dkt. 37-1 §§ 4-6, Dkt. 44-2 §§ 4-6, Dkt. 52-1 §§ 4-6); Hsia Decl. (Dkt. 62-2 §§ 4-6). Therefore, good cause and compelling reasons exist for TSMC's confidential and proprietary licensing information to be filed under seal.

Defendants submit this administrative request to seal along with the prior declarations of Scott Breedlove (Dkt. 36-2, Dkt. 51-2) and Khaled Fekih-Romdhane (Dkt. 33-2, Dkt. 36-3, Dkt. 49-1, Dkt. 51-3, Dkt. 65), which together establish compelling reasons to protect the confidentiality of the information sought to be sealed. The materials Defendants seek to seal relate or refer to confidential and/or proprietary information of Longhorn IP LLC, Hamilcar Barca IP LLC, or both. *See* Fekih-Romdhane Decls. (Dkt. 33-2 §§ 2-3, Dkt. 36-3 §§ 2-3, Dkt. 49-1 §§ 2-3, Dkt. 51-3 §§ 2-3, Dkt. 65 §§ 2-3); *see also* Breedlove Decls. (Dkt. 36-2 §§ 2-3, Dkt. 51-2 §§ 2-3). Defendants maintain the security and confidentiality of this information. Fekih-Romdhane Decls. (Dkt. 33-2 §§ 2-3, Dkt. 36-3 §§ 2-3, Dkt. 49-1 §§ 2-3, Dkt. 51-3 §§ 2-3, Dkt. 65 §§ 2-3). Longhorn and Hamilcar allege the same good cause and compelling reasons that exist to protect the confidentiality of this information as outlined in the parties' prior administrative motions and filings re: sealing (*see, e.g.*, Dkt. Nos. 2, 3, 33-2, 36, 37, 44, 45, 49, 51, 62, 65).

Below is a table listing (a) the documents one or more of the parties seek to seal portions or all of, (b) the material each party seeks to seal, and (c) the rationale for sealing each portion of material:

| Document (Previous Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| Complaint (Dkt. 2-4 Dkt. 3-3) | 1:8-10, 1:12-2:4, 2:7-12, 2:14-16, 4:25, 5:2-3, 5:5, 5:18-24, 8:21-25, 10:10-11, 10:22-11:15, 11:20-12:22, 12:24-15:15, 15:25-17:3, 18:13-18, 18:21-19:1, 19:23-24, 19:27-20:3, 20:7-8, 20:17-24, 20:26, 21:10-16, 21:26, 22:3-10, 22:12-13, 22:19-20, 22:25-23:5, 23:7, 23:12, 23:14, 23:16-17, 23:21-24:10, 24:14-25:2, 25:4-7, 25:12, 25:16-26:8, 26:13, 26:15, 27:23, 29:6, 30:12, 30:17-18, 30:21, 30:24-26, 31:1-2<br><br>(highlighted blue) | TSMC | Cites, quotes, or discusses confidential license-related material that TSMC treats as confidential and proprietary (Dkt. 2, 2-1 §§ 3-5; Dkt. 2-2 §§ 3-8) |
| | | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 33-2 §§ 2-3) |
| | Cover, 1:2, 1:7-8, 1:11, 2:12-14, 2:16, 4:23-26, 5:1-2, 5:4, 5:6-8, 5:13-14, 6:1-2, 6:6-11, 6:14-18, 9:22-24, 17:4-18:12, 18:20-21, 19:1-2, 19:23, 19:25-26, 20:4, 20:7, 20:10, 20:14-15, 20:17, 20:25-27, 21:4-5, 21:9-10, 21:17-19, 21:24-25, 22:1-3, 22:14-15, 22:18-19, 22:23-25, 23:6, 23:20, 24:13, 25:8, 25:10-11, 25:15, 26:20-27:7, 27:9-11, 28:1-19, 28:22-25, 29:12-28, 30:3-5, 30:17, 30:19-20, 30:23-24, 20:27-28<br><br>(highlighted yellow) | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 33-2 §§ 2-3) |
| Compl. Ex. A (Dkt. 2-5 Dkt. 3-4) | Whole document | TSMC | Confidential licensing agreement that TSMC treats as confidential and proprietary (Dkt. 2, 2-1 §§ 3-5; Dkt. 2-2 §§ 3-8) |
| | | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or |

| Document (Previous Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| | | | proprietary (Dkt. 33-2 §§ 2-3) |
| Compl. Ex. B (Dkt. 2-6 Dkt. 3-5) | Pages 1-3 (highlighted blue) | TSMC | Cites, quotes, or discusses confidential license-related material that TSMC treats as confidential and proprietary (Dkt. 2, 2-1 §§ 3-5; Dkt. 2-2 §§ 3-8) |
| | | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 33-2 §§ 2-3) |
| Compl. Ex. C (Dkt. 2-7 Dkt. 3-6) | Pages 1-4 (highlighted blue) | TSMC | Cites, quotes, or discusses confidential license-related material that TSMC treats as confidential and proprietary (Dkt. 2, 2-1 §§ 3-5; Dkt. 2-2 §§ 3-8) |
| | | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 33-2 §§ 2-3) |
| Compl. Ex. D (Dkt. 2-8 Dkt. 3-7) | Pages 1-4 (highlighted blue) | TSMC | Cites, quotes, or discusses confidential license-related material that TSMC treats as confidential and proprietary (Dkt. 2, 2-1 §§ 3-5; Dkt. 2-2 §§ 3-8) |
| | | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 33-2 §§ 2-3) |
| Compl. Ex. G (Dkt. 3-8) | Pages 1-2 (highlighted yellow) | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 33-2 §§ 2-3) |

| Document (Previous Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| Compl. Ex. H (Dkt. 2-9 Dkt. 3-9) | Whole document | TSMC | Confidential licensing agreement that TSMC treats as confidential and proprietary (Dkt. 2, 2-1 §§ 3-5; Dkt. 2-2 §§ 3-8) |
| | | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 33-2 §§ 2-3) |
| Compl. Ex. I (Dkt. 2-10 Dkt. 3-10) | Whole document | TSMC | Confidential licensing agreement that TSMC treats as confidential and proprietary (Dkt. 2, 2-1 §§ 3-5; Dkt. 2-2 §§ 3-8) |
| | | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 33-2 §§ 2-3) |
| Compl. Ex. J (Dkt. 2-11 Dkt. 3-11) | Whole document | TSMC | Confidential licensing agreement that TSMC treats as confidential and proprietary (Dkt. 2, 2-1 §§ 3-5; Dkt. 2-2 §§ 3-8) |
| | | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 33-2 §§ 2-3) |
| Compl. Ex. L (Dkt. 2-12 Dkt. 3-12) | Page 1 (highlighted blue) | TSMC | Cites, quotes, or discusses confidential license-related material that TSMC treats as confidential and proprietary (Dkt. 2, 2-1 §§ 3-5; Dkt. 2-2 §§ 3-8) |
| | | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or |

| Document (Previous Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| | | | proprietary (Dkt. 33-2 §§ 2-3) |
| Compl. Ex. M (Dkt. 2-13 Dkt. 3-13) | Page 1 (highlighted blue) | TSMC | Cites, quotes, or discusses confidential license-related material that TSMC treats as confidential and proprietary (Dkt. 2, 2-1 §§ 3-5; Dkt. 2-2 §§ 3-8) |
| | | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 33-2 §§ 2-3) |
| Compl. Ex. N (Dkt. 2-14 Dkt. 3-14) | Pages 1-2 (highlighted blue) | TSMC | Cites, quotes, or discusses confidential license-related material that TSMC treats as confidential and proprietary (Dkt. 2, 2-1 §§ 3-5; Dkt. 2-2 §§ 3-8) |
| | | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 33-2 §§ 2-3) |
| Compl. Ex. O (Dkt. 2-15 Dkt. 3-15) | Pages 1-2 (highlighted blue) | TSMC | Cites, quotes, or discusses confidential license-related material that TSMC treats as confidential and proprietary (Dkt. 2, 2-1 §§ 3-5; Dkt. 2-2 §§ 3-8) |
| | | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 33-2 §§ 2-3) |
| Compl. Ex. P (Dkt. 2-16 Dkt. 3-16) | Pages 1-2 (highlighted blue) | TSMC | Cites, quotes, or discusses confidential license-related material that TSMC treats as confidential and proprietary (Dkt. 2, 2-1 §§ 3-5; Dkt. 2-2 §§ 3-8) |

| Document (Previous Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| | | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 33-2 §§ 2-3) |
| | Page 1 (highlighted yellow) | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 33-2 §§ 2-3) |
| Compl. Ex. Q (Dkt. 2-17 Dkt. 3-17) | Page 1 (highlighted blue) | TSMC | Cites, quotes, or discusses confidential license-related material that TSMC treats as confidential and proprietary (Dkt. 2, 2-1 §§ 3-5; Dkt. 2-2 §§ 3-8) |
| | | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 33-2 §§ 2-3) |
| | Pages 1-2 (highlighted yellow) | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 33-2 §§ 2-3) |
| Defendants' Motion to Dismiss (Dkt. 36-1) | ii:6-9, ii:14-26, 1:14-22, 1:25-2:17, 2:20-25, 2:28-3:3, 3:5-12, 3:14-15, 3:17-21, 3:23, 3:25-5:19, 5:21-6:16, 6:19-7:6, 7:9-16, 8:12-26, 9:25-11:9, 11:15-12:24, 13:13-28, 14:4-12, 14:23-28 (highlighted blue) | TSMC | Cites, quotes, or discusses confidential license-related material that TSMC treats as confidential and proprietary (Dkt. 37, 37-1 §§ 3-6) |
| | | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 36-2 §§ 2-3; Dkt. 36-3 §§ 2-3) |
| | 2:25-28 | Defendants | Cites, quotes, or discusses confidential |

| Document (Previous Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| | (highlighted yellow) | | license-related material that Defendants treat as confidential and/or proprietary (Dkt. 36-2 §§ 2-3; Dkt. 36-3 §§ 2-3) |
| Plaintiff's Opp. to Defendants' Motion to Dismiss (Dkt. 44-4, Dkt. 45-3) | i. 5-7, i. 12-15, i. 17-20, 1:7-8, 1:13-16, 1:22, 1:27-28, 2:6-27, 3:1-4:2, 4:8-16, 4:18-5:10, 5:12, 6:4-8, 8:3-4, 8:7-8, 8:11-22, 8:24-25, 8:27-28, 9:4-12, 9:14-17, 9:20, 9:26, 10:1-2, 10:8-9, 10:13-19, 10:26-28, 11:2-7, 11:9-10, 11:13-16, 11:23-12:10, 12:16-17, 12:19-20, 12:23-27, 13:14-20, 13:24-25, 13:28-14:2, 14:6-8, 14:10-12, 14:24-25, 16:16, 16:18-21, 16:27-28, 17:1, 17:4-22, 17:26-28, 18:6-14, 18:16, 18:24-19:3, 19:7-20, 19:22-27, 20:1-15, 20:23-25, 20:27-21:1, 21:4-8, 21:21-22:3

(highlighted blue) | TSMC | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 44, 44-1 § 3; Dkt. 44-2 §§ 3-6) |
| | | Defendants | Cites, quotes, or discusses confidential license-related material that TSMC treats as confidential and proprietary (Dkt. 49-1 §§ 2-3) |
| | i:5-6, i:7-8, i:11-12, i:17-18, 1:6-7, 1:22, 1:25-26, 3:12-13, 4:17, 5:11-6:3, 6:6, 6:9-10, 7:25-27, 13:27, 14:3, 14:8-10, 14:14-18, 14:20-23, 14:25-15:10, 15:13-18, 15:22-24, 15:28-16:4, 16:8-10, 16:17-18

(highlighted yellow) | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 49-1 §§ 2-3) |
| Defendants' Reply in Support of Defendants' Motion to Dismiss (Dkt. 51-1) | ii:6-8, ii:9, ii:13,1:9-16, 1:19-20, 1:22, 1:24, 1:26-2:10, 2:12-16, 2:26-27, 3:2-20, 3:23-4:1, 4:5-18, 4:21, 4:26, 5:27-6:2, 6:7-13, 6:16-17, 6:19-22, 7:1, 7:4-5, 7:8-18, 7:21-8:1, 8:13-17, 8:20-23, 8:25, 8:27, 9:1, 9:3-12, 9:14-21, 10:2-4, 10:6

(highlighted blue) | TSMC | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 52, 52-1 §§ 3-6) |
| | | Defendants | Cites, quotes, or discusses confidential license-related material that TSMC treats as confidential and proprietary (Dkt. 51-2 §§ 2-3; Dkt. 51-3 §§ 2-3) |

| Document (Previous Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| | 1:6, 4:3<br><br>(highlighted yellow) | Defendants | Cites, quotes, or discusses confidential license-related material that TSMC treats as confidential and proprietary (Dkt. 51-2 §§ 2-3; Dkt. 51-3 §§ 2-3) |
| Joint Case Management Statement (Dkt. 62-4) | 1:17-22, 1:24-2:1, 2:4-5, 2:10-19, 2:23-3:6, 3:12-14, 9:26-27, 10:3, 10:5-7, 10:10-11<br><br>(highlighted blue) | TSMC | Cites, quotes, or discusses confidential license-related material that TSMC treats as confidential and proprietary (Dkt. 62, 62-1 § 3; Dkt. 62-2 §§ 3-6) |
| | | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 65 §§ 2-3) |
| | 2:2-6, 2:20-24, 9:26, 10:1-2, 10:4-5, 10:8-9, 10:11-12<br><br>(highlighted yellow) | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 65 §§ 2-3) |

The parties are unopposed to the sealing of the other's confidential and proprietary license-related material.

Pursuant to the Court's Order (Dkt. 66) and Civil Local Rule 79-5, the parties are submitting highlighted copies of the above-listed documents that are not sought to be sealed in their entirety, in which the confidential information identified above is highlighted in blue and yellow as noted in the above table. The parties have also filed a redacted versions of the above-listed documents that are not sought to be sealed in their entirety.

The parties' request is narrowly tailored to their confidential and proprietary licensing information. With the redacted materials filed for public viewing, the public will still have unfettered access to the majority of the substance of the parties' materials.

## III. MOOTED MOTIONS

Pursuant to the Court's Order (Dkt. 66), the parties provide the below listing of motions that are mooted by the present administrative request to seal:

| Docket Number | Motion Title | Filing Party |
|---|---|---|
| 2 | PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE COMPLAINT PARTIALLY UNDER SEAL | TSMC |
| 3 | PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED | TSMC |
| 36 | DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE MOTION TO DISMISS PARTIALLY UNDER SEAL | Defendants |
| 44 | PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS UNDER SEAL | TSMC |
| 45 | PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED | TSMC |
| 51 | DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS PARTIALLY UNDER SEAL | Defendants |
| 62 | JOINT ADMINISTRATIVE MOTION TO FILE JOINT CASE MANAGEMENT STATEMENT UNDER SEAL | Joint |

## IV. CONCLUSION

For the foregoing reasons, pursuant to L.R. 79-5, the parties request that the aforementioned documents be filed under seal.

| | | |
|---|---|---|
| 1 | Dated: February 6, 2024 | MORRISON & FOERSTER LLP |
| 2 | | By: /s/ Richard S.J. Hung |
| 3 | Richard S.J. Hung (SBN 197425) | David Sochia (*pro hac vice*) |
| | rhung@mofo.com | dsochia@McKoolSmith.com |
| 4 | Rachel S. Dolphin (SBN 305477) | Alexandra F. Easley (*pro hac vice*) |
| | rdolphin@mofo.com | aeasley@McKoolSmith.com |
| 5 | MORRISON & FOERSTER LLP | MCKOOL SMITH, P.C. |
| | 425 Market Street | 300 Crescent Court, Suite 1500 |
| 6 | San Francisco, California 94105 | Dallas, Texas 75201 |
| | Telephone: (415) 268-7000 | Telephone: (214) 978-4000 |
| 7 | Facsimile:  (415) 268-7522 | Facsimile: (214) 978-4044 |
| 8 | Bita Rahebi (SBN 209351) | James E. Quigley (*pro hac vice*) |
| | brahebi@mofo.com | jquigley@McKoolSmith.com |
| 9 | MORRISON & FOERSTER LLP | MCKOOL SMITH, P.C. |
| | 707 Wilshire Boulevard | 303 Colorado Street, Suite 2100 |
| 10 | Los Angeles, California  90017 | Austin, Texas 78701 |
| | Telephone: (213) 892-5200 | Telephone: (512) 692-8700 |
| 11 | Facsimile:  (213) 892-5454 | Facsimile: (512) 692-8744 |
| 12 | Gary C. Ma (SBN 221294) | *Attorneys for Plaintiff Taiwan Semiconductor Manufacturing Company Limited* |
| | gary.ma@finnegan.com | |
| 13 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP | |
| 14 | Stanford Research Park | |
| | 3300 Hillview Avenue | |
| 15 | Palo Alto, CA 94304-1203 | |
| | Telephone: (650) 849-6600 | |
| 16 | Facsimile: (650) 849-6666 | |

| | | |
|---|---|---|
| 1 | Dated: February 6, 2024 | CARTER ARNETT PLLC |
| 2 | | By: */s/ Eric Chen* |
| 3 | | Scott W. Breedlove (*pro hac vice*) |
| | | sbreedlove@carterarnett.com |
| 4 | | Omer Salik (CA SBN 223056) |
| | | osalik@carterarnett.com |
| 5 | | Eric Chen (CA SBN 296570) |
| | | echen@carterarnett.com |
| 6 | | Alexis Ritzer (*pro hac vice*) |
| 7 | | aritzer@carterarnett.com |
| | | CARTER ARNETT PLLC |
| 8 | | 8150 N. Central Expy, Suite 500 |
| | | Dallas, Texas 75206 |
| 9 | | 214-550-8188 (Telephone) |
| 10 | | 214-550-8185 (Facsimile) |
| 11 | | *Attorneys for Defendants Longhorn IP LLC and Hamilcar Barca IP LLC* |

**ECF ATTESTATION**

Under Civil L.R. 5-1(i)(3), the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto.

                                                                      */s/ Richard S.J. Hung*
                                                                      Richard S.J. Hung