| | |
|---|---|
| Scott W. Breedlove (*pro hac vice*) | Richard S.J. Hung (SBN 197425) |
| sbreedlove@carterarnett.com | rhung@mofo.com |
| Omer Salik (CA SBN 223056) | Rachel S. Dolphin (SBN 305477) |
| osalik@carterarnett.com | rdolphin@mofo.com |
| Eric Chen (CA SBN 296570) | MORRISON & FOERSTER LLP |
| echen@carterarnett.com | 425 Market Street |
| Alexis Ritzer (*pro hac vice*) | San Francisco, California 94105 |
| aritzer@carterarnett.com | Telephone: (415) 268-7000 |
| CARTER ARNETT PLLC | Facsimile: (415) 268-7522 |
| 8150 N. Central Expy, Suite 500 | |
| Dallas, Texas 75206 | Bita Rahebi (SBN 209351) |
| 214-550-8188 (Telephone) | brahebi@mofo.com |
| 214-550-8185 (Facsimile) | MORRISON & FOERSTER LLP |
| | 707 Wilshire Boulevard |
| *Attorneys for Defendants Longhorn IP LLC and Hamilcar Barca IP LLC* | Los Angeles, California 90017 |
| | Telephone: (213) 892-5200 |
| | Facsimile: (213) 892-5454 |
| | [Additional counsel on motion signature page] |
| | *Attorneys for Plaintiff Taiwan Semiconductor Manufacturing Company Limited* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>LONGHORN IP LLC and HAMILCAR BARCA IP LLC,<br><br>Defendants. | Case No. 5:23-cv-04265-PCP<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO SEAL** |

Pending before the Court is Plaintiff Taiwan Semiconductor Manufacturing Company Limited's ("TSMC") and Defendants Longhorn IP LLC ("LIP") and Hamilcar Barca IP LLC's ("Hamilcar") (collectively, "Defendants") Joint Administrative Motion to Seal ("Administrative Motion to Seal"). Having considered:

(1) The Administrative Motion to Seal;

(2) the prior declarations of Bita Rahebi (Dkt. 2-1), Richard Hung (Dkt. 44-1, Dkt. 62-1), Peter Yang (Dkt. 2-2, Dkt. 37-1, Dkt. 44-2; Dkt. 52-1), and David Hsia (Dkt. 62-2); and

(3) the prior declarations of Scott Breedlove (Dkt. 36-2, Dkt. 51-2) and Khaled Fekih-Romdhane (Dkt. 33-2, Dkt. 36-3, Dkt. 49-1, Dkt. 51-3, Dkt. 65).

IT IS HEREBY ORDERED THAT the Administrative Motion to Seal is **GRANTED**.

The Clerk of the Court shall file under seal the following materials:

| Document (Previous Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| Complaint (Dkt. 2-4 Dkt. 3-3) | 1:8-10, 1:12-2:4, 2:7-12, 2:14-16, 4:25, 5:2-3, 5:5, 5:18-24, 8:21-25, 10:10-11, 10:22-11:15, 11:20-12:22, 12:24-15:15, 15:25-17:3, 18:13-18, 18:21-19:1, 19:23-24, 19:27-20:3, 20:7-8, 20:17-24, 20:26, 21:10-16, 21:26, 22:3-10, 22:12-13, 22:19-20, 22:25-23:5, 23:7, 23:12, 23:14, 23:16-17, 23:21-24:10, 24:14-25:2, 25:4-7, 25:12, 25:16-26:8, 26:13, 26:15, 27:23, 29:6, 30:12, 30:17-18, 30:21, 30:24-26, 31:1-2<br><br>(highlighted blue) | TSMC | Cites, quotes, or discusses confidential license-related material that TSMC treats as confidential and proprietary (Dkt. 2, 2-1 §§ 3-5; Dkt. 2-2 §§ 3-8) |
| | | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 33-2 §§ 2-3) |
| | Cover, 1:2, 1:7-8, 1:11, 2:12-14, 2:16, 4:23-26, 5:1-2, 5:4, 5:6-8, 5:13-14, 6:1-2, 6:6-11, 6:14-18, 9:22-24, 17:4-18:12, 18:20-21, 19:1-2, 19:23, 19:25-26, 20:4, 20:7, 20:10, 20:14-15, 20:17, 20:25-27, 21:4-5, 21:9-10, 21:17-19, | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 33-2 §§ 2-3) |

| Document (Previous Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| | 21:24-25, 22:1-3, 22:14-15, 22:18-19, 22:23-25, 23:6, 23:20, 24:13, 25:8, 25:10-11, 25:15, 26:20-27:7, 27:9-11, 28:1-19, 28:22-25, 29:12-28, 30:3-5, 30:17, 30:19-20, 30:23-24, 20:27-28<br><br>(highlighted yellow) | | |
| Compl. Ex. A (Dkt. 2-5 Dkt. 3-4) | Whole document | TSMC | Confidential licensing agreement that TSMC treats as confidential and proprietary (Dkt. 2, 2-1 §§ 3-5; Dkt. 2-2 §§ 3-8) |
| | | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 33-2 §§ 2-3) |
| Compl. Ex. B (Dkt. 2-6 Dkt. 3-5) | Pages 1-3<br><br>(highlighted blue) | TSMC | Cites, quotes, or discusses confidential license-related material that TSMC treats as confidential and proprietary (Dkt. 2, 2-1 §§ 3-5; Dkt. 2-2 §§ 3-8) |
| | | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 33-2 §§ 2-3) |
| Compl. Ex. C (Dkt. 2-7 Dkt. 3-6) | Pages 1-4<br><br>(highlighted blue) | TSMC | Cites, quotes, or discusses confidential license-related material that TSMC treats as confidential and proprietary (Dkt. 2, 2-1 §§ 3-5; Dkt. 2-2 §§ 3-8) |
| | | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 33-2 §§ 2-3) |

| Document (Previous Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| Compl. Ex. D (Dkt. 2-8 Dkt. 3-7) | Pages 1-4 (highlighted blue) | TSMC | Cites, quotes, or discusses confidential license-related material that TSMC treats as confidential and proprietary (Dkt. 2, 2-1 §§ 3-5; Dkt. 2-2 §§ 3-8) |
| | | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 33-2 §§ 2-3) |
| Compl. Ex. G (Dkt. 3-8) | Pages 1-2 (highlighted yellow) | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 33-2 §§ 2-3) |
| Compl. Ex. H (Dkt. 2-9 Dkt. 3-9) | Whole document | TSMC | Confidential licensing agreement that TSMC treats as confidential and proprietary (Dkt. 2, 2-1 §§ 3-5; Dkt. 2-2 §§ 3-8) |
| | | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 33-2 §§ 2-3) |
| Compl. Ex. I (Dkt. 2-10 Dkt. 3-10) | Whole document | TSMC | Confidential licensing agreement that TSMC treats as confidential and proprietary (Dkt. 2, 2-1 §§ 3-5; Dkt. 2-2 §§ 3-8) |
| | | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 33-2 §§ 2-3) |
| Compl. Ex. J (Dkt. 2-11 Dkt. 3-11) | Whole document | TSMC | Confidential licensing agreement that TSMC treats as confidential and proprietary (Dkt. 2, |

| Document (Previous Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| | | | 2-1 §§ 3-5; Dkt. 2-2 §§ 3-8) |
| | | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 33-2 §§ 2-3) |
| Compl. Ex. L (Dkt. 2-12 Dkt. 3-12) | Page 1 (highlighted blue) | TSMC | Cites, quotes, or discusses confidential license-related material that TSMC treats as confidential and proprietary (Dkt. 2, 2-1 §§ 3-5; Dkt. 2-2 §§ 3-8) |
| | | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 33-2 §§ 2-3) |
| Compl. Ex. M (Dkt. 2-13 Dkt. 3-13) | Page 1 (highlighted blue) | TSMC | Cites, quotes, or discusses confidential license-related material that TSMC treats as confidential and proprietary (Dkt. 2, 2-1 §§ 3-5; Dkt. 2-2 §§ 3-8) |
| | | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 33-2 §§ 2-3) |
| Compl. Ex. N (Dkt. 2-14 Dkt. 3-14) | Pages 1-2 (highlighted blue) | TSMC | Cites, quotes, or discusses confidential license-related material that TSMC treats as confidential and proprietary (Dkt. 2, 2-1 §§ 3-5; Dkt. 2-2 §§ 3-8) |
| | | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 33-2 §§ 2-3) |

| Document (Previous Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| Compl. Ex. O (Dkt. 2-15 Dkt. 3-15) | Pages 1-2 (highlighted blue) | TSMC | Cites, quotes, or discusses confidential license-related material that TSMC treats as confidential and proprietary (Dkt. 2, 2-1 §§ 3-5; Dkt. 2-2 §§ 3-8) |
| | | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 33-2 §§ 2-3) |
| Compl. Ex. P (Dkt. 2-16 Dkt. 3-16) | Pages 1-2 (highlighted blue) | TSMC | Cites, quotes, or discusses confidential license-related material that TSMC treats as confidential and proprietary (Dkt. 2, 2-1 §§ 3-5; Dkt. 2-2 §§ 3-8) |
| | | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 33-2 §§ 2-3) |
| | Page 1 (highlighted yellow) | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 33-2 §§ 2-3) |
| Compl. Ex. Q (Dkt. 2-17 Dkt. 3-17) | Page 1 (highlighted blue) | TSMC | Cites, quotes, or discusses confidential license-related material that TSMC treats as confidential and proprietary (Dkt. 2, 2-1 §§ 3-5; Dkt. 2-2 §§ 3-8) |
| | | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 33-2 §§ 2-3) |
| | Pages 1-2 (highlighted yellow) | Defendants | Cites, quotes, or discusses confidential license-related material |

| Document (Previous Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| | | | that Defendants treat as confidential and/or proprietary (Dkt. 33-2 §§ 2-3) |
| Defendants' Motion to Dismiss (Dkt. 36-1) | ii:6-9, ii:14-26, 1:14-22, 1:25-2:17, 2:20-25, 2:28-3:3, 3:5-12, 3:14-15, 3:17-21, 3:23, 3:25-5:19, 5:21-6:16, 6:19-7:6, 7:9-16, 8:12-26, 9:25-11:9, 11:15-12:24, 13:13-28, 14:4-12, 14:23-28<br><br>(highlighted blue) | TSMC | Cites, quotes, or discusses confidential license-related material that TSMC treats as confidential and proprietary (Dkt. 37, 37-1 §§ 3-6) |
| | | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 36-2 §§ 2-3; Dkt. 36-3 §§ 2-3) |
| | 2:25-28<br><br>(highlighted yellow) | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 36-2 §§ 2-3; Dkt. 36-3 §§ 2-3) |
| Plaintiff's Opp. to Defendants' Motion to Dismiss (Dkt. 44-4, Dkt. 45-3) | i. 5-7, i. 12-15, i. 17-20, 1:7-8, 1:13-16, 1:22, 1:27-28, 2:6-27, 3:1-4:2, 4:8-16, 4:18-5:10, 5:12, 6:4-8, 8:3-4, 8:7-8, 8:11-22, 8:24-25, 8:27-28, 9:4-12, 9:14-17, 9:20, 9:26, 10:1-2, 10:8-9, 10:13-19, 10:26-28, 11:2-7, 11:9-10, 11:13-16, 11:23-12:10, 12:16-17, 12:19-20, 12:23-27, 13:14-20, 13:24-25, 13:28-14:2, 14:6-8, 14:10-12, 14:24-25, 16:16, 16:18-21, 16:27-28, 17:1, 17:4-22, 17:26-28, 18:6-14, 18:16, 18:24-19:3, 19:7-20, 19:22-27, 20:1-15, 20:23-25, 20:27-21:1, 21:4-8, 21:21-22:3<br><br>(highlighted blue) | TSMC | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 44, 44-1 § 3; Dkt. 44-2 §§ 3-6) |
| | | Defendants | Cites, quotes, or discusses confidential license-related material that TSMC treats as confidential and proprietary (Dkt. 49-1 §§ 2-3) |
| | i:5-6, i:7-8, i:11-12, i:17-18, 1:6-7, 1:22, 1:25-26, 3:12-13, 4:17, 5:11-6:3, 6:6, 6:9-10, 7:25-27, 13:27, 14:3, 14:8-10, 14:14-18, 14:20-23, | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or |

| Document (Previous Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| | 14:25-15:10, 15:13-18, 15:22-24, 15:28-16:4, 16:8-10, 16:17-18<br><br>(highlighted yellow) | | proprietary (Dkt. 49-1 §§ 2-3) |
| Defendants' Reply in Support of Defendants' Motion to Dismiss (Dkt. 51-1) | ii:6-8, ii:9, ii:13, 1:9-16, 1:19-20, 1:22, 1:24, 1:26-2:10, 2:12-16, 2:26-27, 3:2-20, 3:23-4:1, 4:5-18, 4:21, 4:26, 5:27-6:2, 6:7-13, 6:16-17, 6:19-22, 7:1, 7:4-5, 7:8-18, 7:21-8:1, 8:13-17, 8:20-23, 8:25, 8:27, 9:1, 9:3-12, 9:14-21, 10:2-4, 10:6<br><br>(highlighted blue) | TSMC | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 52, 52-1 §§ 3-6) |
| | | Defendants | Cites, quotes, or discusses confidential license-related material that TSMC treats as confidential and proprietary (Dkt. 51-2 §§ 2-3; Dkt. 51-3 §§ 2-3) |
| | 1:6, 4:3<br><br>(highlighted yellow) | Defendants | Cites, quotes, or discusses confidential license-related material that TSMC treats as confidential and proprietary (Dkt. 51-2 §§ 2-3; Dkt. 51-3 §§ 2-3) |
| Joint Case Management Statement (Dkt. 62-4) | 1:17-22, 1:24-2:1, 2:4-5, 2:10-19, 2:23-3:6, 3:12-14, 9:26-27, 10:3, 10:5-7, 10:10-11<br><br>(highlighted blue) | TSMC | Cites, quotes, or discusses confidential license-related material that TSMC treats as confidential and proprietary (Dkt. 62, 62-1 § 3; Dkt. 62-2 §§ 3-6) |
| | | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 65 §§ 2-3) |
| | 2:2-6, 2:20-24, 9:26, 10:1-2, 10:4-5, 10:8-9, 10:11-12<br><br>(highlighted yellow) | Defendants | Cites, quotes, or discusses confidential license-related material that Defendants treat as confidential and/or proprietary (Dkt. 65 §§ 2-3) |

1    IT IS SO ORDERED.

2

3    DATED:                                          By: _____
                                                     Hon. P. Casey Pitts
4                                                    United States District Judge

[PROPOSED] ORDER GRANTING JOINT ADMIN. MOTION TO SEAL
CASE NO. 5:23-cv-04265-PCP

8