Scott W. Breedlove (*pro hac vice*)
sbreedlove@carterarnett.com
Omer Salik (CA SBN 223056)
osalik@carterarnett.com
Howard L. Lim (CA SBN 324926)
hlim@carterarnett.com
Alexis Ritzer (*pro hac vic*e)
aritzer@carterarnett.com
CARTER ARNETT PLLC
8150 N. Central Expy, Suite 500
Dallas, Texas 75206
214-550-8188 (Telephone)
214-550-8185 (Facsimile)

*Attorneys for Defendants Longhorn IP LLC and Hamilcar Barca IP LLC*

Richard S.J. Hung (SBN 197425)
rhung@mofo.com
Rachel S. Dolphin (SBN 305477)
rdolphin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Bita Rahebi (SBN 209351)
brahebi@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

[Additional counsel on signature page]

*Attorneys for Plaintiff Taiwan Semiconductor Manufacturing Company Limited*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>LONGHORN IP LLC and HAMILCAR BARCA IP LLC,<br><br>Defendant. | Case No. 5:23-cv-04265-PCP<br><br>**JOINT RENEWED ADMINISTRATIVE MOTION TO SEAL** |

## I. INTRODUCTION

Pursuant to the Court's Order (Dkt. 83) and Civil Local Rules 7-11 and 79-5, Plaintiff Taiwan Semiconductor Manufacturing Company Limited ("TSMC") and Defendants Longhorn IP LLC ("LIP") and Hamilcar Barca IP LLC ("Hamilcar") (collectively, "Defendants") hereby submit this revised, combined administrative request for an order authorizing the sealing of certain material, as outlined below.

The parties jointly move to file portions of these documents under seal because they contain TSMC's and Defendants' confidential and proprietary licensing information.

## II. ARGUMENT

Civil Local Rule 79-5(d) requires that if a portion of a document is sealable, counsel seeking to file the portion of the document under seal must file and serve an administrative motion for a sealing order, accompanied by a declaration establishing that a portion of the document is sealable, and a proposed order narrowly tailored to seal only the sealable material. Furthermore, Civil Local Rule 79-5(e) requires that when seeking to file or refer to a document that has been designated confidential by another party, the submitting party's declaration must identify the portions of documents containing the confidential material and the party that has designated the material confidential, and must serve this information on the designating party the same day as the filing. "In general, compelling reasons sufficient to outweigh the public's interest in disclosure and justify sealing court records exist when such court files might have become a vehicle for improper purposes, such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (internal quotations omitted).

TSMC submits this administrative request to seal along with the Declaration of Richard Hung ("Hung Decl.") and the Declaration of David Hsia ("Hsia Decl."), which together establish compelling reasons to protect the confidentiality of the information sought to be sealed. The materials TSMC seeks to seal relate to TSMC's licensing and related arrangements involving highly confidential and proprietary negotiations, agreements, and collaborations. *See* Hsia Decl. §§ 2-32; *see also* Hung Decl. § 4. TSMC maintains the security and confidentiality of this information.

1   *See* Hsia Decl. §§ 2-4, 9-32. Protecting the confidentiality of this information is essential for TSMC

2   to undertake its business affairs. *See id*. If members of the public gained access to this sensitive

3   TSMC information, it would likely interfere with the ongoing activities of TSMC and its

4   intellectual property and could deter future contracting efforts. *See id*. Therefore, good cause and

5   compelling reasons exist for TSMC's confidential and proprietary licensing information to be filed

6   under seal.

7         Defendants submit this administrative request to seal along with the updated declaration of

8   Khaled Fekih-Romdhane, which together establish compelling reasons to protect the confidentiality

9   of the information sought to be sealed. The materials Defendants seek to seal relate or refer to

10  confidential and/or proprietary information of Longhorn IP LLC, Hamilcar Barca IP LLC, or both.

11  *See* Fekih-Romdhane Decl. in support of Joint Renewed Administrative Motion to Seal (at ¶2).

12  Defendants maintain the security and confidentiality of this information. Fekih-Romdhane Decl.

13  (at ¶2). Longhorn and Hamilcar allege the same good cause and compelling reasons that exist to

14  protect the confidentiality of this information as outlined in the parties' prior administrative motions

15  and filings re: sealing (*see, e.g.*, Dkt. Nos. 2, 3, 33-2, 36, 37, 44, 45, 49, 51, 62, 65).

16        Below is a table listing (a) the documents one or more of the parties seek to seal portions

17  of, (b) the material each party seeks to seal, and (c) the rationale for sealing each portion:

| Document (Prev. Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| Complaint (Dkt. 2-4 Dkt. 3-3) | Blue-highlighted material located at:<br><br>1:19-2:2, 2:4, 2:7-9, 10:27, 12:3-4, 13:9-11, 13:15, 13:17, 13:19-21, 13:23-14:8, 14:10-11, 14:24, 14:26-15:4, 15:6-10, 16:1-2, 16:4-8, 16:15-18, 16:21-26, 16:28-17:3, 18:14-17, 18:22-25, 19:1, 20:19-20, 21:13-14, 22:5-6, 22:12, 22:27- | TSMC | 10:27: Cites, quotes, or discusses the exact consideration TSMC paid, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed.<br><br>13:9-11, 14:10-11, 16:24-26, 16:28-17:3, 23:22-24, 24:15-18, 25:17-21: Cites, quotes, or discusses the exact mechanics for determining duration of a standstill, which relates to the performance of specific collaboration provisions contained in the parties' agreements, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed.<br><br>1:19-2:2, 2:4, 2:7-9, 12:3-4, 3:17, 13:19-21, 13:23-14:8, 14:10-11, 14:24, |

| Document (Prev. Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| | 28, 23:22-24, 24:15-18, 25:4, 25:17-21 | | 14:26-15:4, 15:6-10, 16:1-2, 16:4-8, 16:15-18, 16:21-24, 18:14-17, 18:20-25, 19:1, 20:19-20, 21:13-14, 22:5-6, 22:12, 22:27-28, 25:4: Cites, quotes, or discusses the purpose of and mechanics for implementing the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed.<br><br>Hsia Decl. §§ 2-8, 22, 28-32<br>Hung Decl. § 4 |
| | Red-underlined and red-highlighted material located at:[1]<br><br>10:27, 11:1, 13:10-11, 13:25, 14:7, 14:10-11, 14:27-28, 15:4, 15:6, 15:8, 16:2, 16:5-6, 16:15, 16:25-26, 17:1-2, 18:22, 18:24, 23:22, 23:24, 24:15, 24:17, 25:17, 25:19 | Defendants | 10:27: Cites, quotes, or discusses the amount, prior to withholding tax, for which Katana licensed its patents to TSMC, which is confidential and/or proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities.<br><br>13:10-11, 13:25, 14:7, 14:10-11, 15:4, 16:25-26, 17:1-2, 23:22, 23:24, 24:15, 24:17, 25:17, 25:19:  Cites, quotes, or discusses the exact criteria for extending the Standstill, which are confidential, proprietary, disclosure of which would harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities.<br><br>14:27-28, 15:6, 15:8, 16:2, 16:5-6, 16:15, 18:22, 18:24: Cites, quotes, or discusses exact aspects of parties' discussion during parties' negotiations under the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, disclosure of which would significantly |

---

[1] Red underlining is used where Defendants' proposed sealing overlaps with TSMC's proposed sealing. Red highlighting is used where Defendants' proposed sealing does not overlap with TSMC's proposed sealing.

| Document (Prev. Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| | | | harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities.<br><br>11:1: Cites, quotes, or discusses certain covenants granted by the parties, disclosure of which would harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities. |
| Compl. Ex. A (Dkt. 2-5 Dkt. 3-4) | Blue-highlighted material located at:<br><br>Two WHEREAS clauses on the first page<br><br>A definition in Section 1.4<br><br>Section 2.2<br><br>Sections 3.1-3.6<br><br>A parenthetical in Section 6.10 | TSMC | In Section 2.2: Cites, quotes, or discusses the exact mechanics for determining duration of a standstill, which relates to the performance of specific collaboration provisions contained in the parties' agreements, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed.<br><br>In two WHEREAS clauses on the first page, in a definition in Section 1.4, in Sections 3.1-3.6, and in a parenthetical in Section 6.10: Cites, quotes, or discusses the purpose of and mechanics for implementing the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed.<br><br>Hsia Decl. §§ 2-8, 10, 28-32<br>Hung Decl. § 4 |
| | Red-underlined material located at:<br><br>Section 2.2<br><br>Section 3.2<br><br>Section 3.3.3<br><br>Section 3.5<br><br>Section 3.6 | Defendants | In Sections 2.2, 3.6: Cites, quotes, or discusses the exact criteria for extending the Standstill, disclosure of which would harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities.<br><br>Sections 3.2, 3.3.3, 3.5: Cites, quotes, or discusses the exact number of days and months for certain aspects of the parties' collaboration, which are confidential and proprietary, disclosure |

| Document (Prev. Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| | | | of which would harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities. |
| Compl. Ex. B (Dkt. 2-6 Dkt. 3-5) | Blue-highlighted material located: On page one of the email itself and then in a table in attachment labeled "Term Sheet" | TSMC | Cites, quotes, or discusses the purpose of and mechanics for implementing the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed. Hsia Decl. §§ 2-8, 13, 30-32 Hung Decl. § 4 |
| | Red-underlined material located: In a table in attachment labeled "Term Sheet" | Defendants | Cites, quotes, or discusses an exact aspect of parties' discussion during parties' negotiations under the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities. |
| Compl. Ex. C (Dkt. 2-7 Dkt. 3-6) | Blue-highlighted material located: On pages one through four of the email chain | TSMC | Cites, quotes, or discusses the purpose of and mechanics for implementing the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed. Hsia Decl. §§ 2-8, 14, 30-32 Hung Decl. § 4 |
| | Red-underlined material located: On pages one and two of the email chain | Defendants | Cites, quotes, or discusses exact aspects of parties' discussion during parties' negotiations under the Intellectual Property Collaboration and Services Agreement, which are confidential, proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities. |
| Compl. Ex. D (Dkt. 2-8 Dkt. 3-7) | Blue-highlighted material located: On pages one through four of the email chain | TSMC | Cites, quotes, or discusses the purpose of and mechanics for implementing the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed. |

| Document (Prev. Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| | | | Hsia Decl. §§ 2-8, 15, 30-32<br>Hung Decl. § 4 |
| | Red-underlined material located:<br><br>On pages one and three of the email chain | Defendants | Cites, quotes, or discusses the exact aspects of parties' discussion during parties' negotiations under the Intellectual Property Collaboration and Services Agreement, which are confidential, proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities. |
| Compl. Ex. H (Dkt. 2-9 Dkt. 3-9) | Blue-highlighted material located:<br><br>Under items "1)", "3)", and "5)" | TSMC | Under items "1)", and "5)": Cites, quotes, or discusses the exact consideration TSMC paid, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed.<br><br>Under item "3)": Cites, quotes, or discusses the exact mechanics for determining duration of a standstill, which relates to the performance of specific collaboration provisions contained in the parties' agreements, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed.<br><br>Hsia Decl. §§ 2-8, 9, 28-29, 32<br>Hung Decl. § 4 |
| | Red-underlined material located:<br><br>Under items "1)", "3)", and "5)" | Defendants | Under items "1)" and "5)": Cites, quotes, or discusses the amounts, prior to withholding tax, for which Katana and Carthage, licensed their patents to TSMC, which is confidential and/or proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities.<br><br>Under item "3)": Cites, quotes, or discusses on the exact criteria for extending the Standstill, disclosure of which would harm Defendants' competitive standing and offer an unfair advantage to Defendants' |

| Document (Prev. Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| | | | competitors and potential adverse entities. |
| Compl. Ex. I (Dkt. 2-10 Dkt. 3-10) | Blue-highlighted material located at:<br><br>Section III.A | TSMC | Cites, quotes, or discusses the exact consideration TSMC paid, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed.<br><br>Hsia Decl. §§ 2-8, 11, 28, 32<br>Hung Decl. § 4 |
| | Red-underlined and red-highlighted material located at:<br><br>Section II<br><br>Section III.A<br><br>Section IV<br><br>Section IX<br><br>Exhibit B<br><br>Exhibit C | Defendants | In Section II: Cites, quotes, or discusses the exact terms of the grant of rights, under which Katana licensed its patents to TSMC, which is confidential and/or proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities.<br><br>In Section III.A: Cites, quotes, or discusses the amount, prior to withholding tax, for which Katana licensed its patents to TSMC, which is confidential and/or proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities.<br><br>In Section IV: Cites, quotes, or discusses certain covenants granted by the parties, disclosure of which would harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities.<br><br>In Section IX: Cites, quotes, or discusses certain doctrines agreed to by the parties as applicable, disclosure of which would harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities.<br><br>In Exhibits B and C: Cites, quotes, or discusses Katana's bank, account number, routing number, and swift |

| Document (Prev. Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| | | | code, which are confidential and proprietary, and likely to cause significant harm if disclosed. |
| Compl. Ex. J (Dkt. 2-11 Dkt. 3-11) | Blue-highlighted material located at: Section III.A | TSMC | Cites, quotes, or discusses the exact consideration exchanged by the parties, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed. Hsia Decl. §§ 2-8, 12, 28, 32 Hung Decl. § 4 |
| | Red-underlined and red-highlighted material located at: Section II Section III.A Section IV Section VIII Exhibit B Exhibit C | Defendants | In Section II: Cites, quotes, or discusses the exact terms of the grant of rights, under which Carthage licensed its patents to TSMC, which is confidential and/or proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities. In Section III.A: Cites, quotes, or discusses the amount, prior to withholding tax, for which Carthage licensed its patents to TSMC, which is confidential and/or proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities. In Section IV: Cites, quotes, or discusses certain covenants granted by the parties, disclosure of which would harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities. In Section VIII: Cites, quotes, or discusses certain doctrines agreed to by the parties as applicable, disclosure of which would harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities. In Exhibits B and C: Cites, quotes, or discusses Carthage's bank, account |

| Document (Prev. Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| | | | number, routing number, and swift code, which are confidential and proprietary, and likely to cause significant harm if disclosed. |
| Compl. Ex. L (Dkt. 2-12 Dkt. 3-12) | Blue-highlighted material located: On page one of the email | TSMC | Cites, quotes, or discusses the purpose of and mechanics for implementing the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed. Hsia Decl. §§ 2-8, 16, 30-32 Hung Decl. § 4 |
| | Red-underlined material located: On page one of the email | Defendants | Cites, quotes, or discusses the exact aspects of parties' discussion during parties' negotiations under the Intellectual Property Collaboration and Services Agreement, which are confidential, proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities. |
| Compl. Ex. M (Dkt. 2-13 Dkt. 3-13) | Blue-highlighted material located: On page one of the email chain | TSMC | Cites, quotes, or discusses the purpose of and mechanics for implementing the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed. Hsia Decl. §§ 2-8, 17, 30-32 Hung Decl. § 4 |
| | Red-underlined material located: On page one of the email chain | Defendants | Cites, quotes, or discusses the exact aspects of parties' discussion during parties' negotiations under the Intellectual Property Collaboration and Services Agreement, which are confidential, proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities. |
| Compl. Ex. N (Dkt. 2-14 Dkt. 3-14) | Blue-highlighted material located: On pages one and two of the email chain | TSMC | Cites, quotes, or discusses the purpose of and mechanics for implementing the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed. |

| Document (Prev. Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| | | | Hsia Decl. §§ 2-8, 18, 30-32<br>Hung Decl. § 4 |
| | Red-underlined material located:<br><br>On pages one and two of the email chain | Defendants | Cites, quotes, or discusses the exact aspects of parties' discussion during parties' negotiations under the Intellectual Property Collaboration and Services Agreement, which are confidential, proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities. |
| Compl. Ex. O (Dkt. 2-15 Dkt. 3-15) | Blue-highlighted material located:<br><br>On pages one and two of the letter | TSMC | Cites, quotes, or discusses the purpose of and mechanics for implementing the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed.<br><br>Hsia Decl. §§ 2-8, 19, 30-32<br>Hung Decl. § 4 |
| | Red-underlined material located:<br><br>On page one of the letter | Defendants | Cites, quotes, or discusses the exact aspects of parties' discussion during parties' negotiations under the Intellectual Property Collaboration and Services Agreement, which are confidential, proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities. |
| Compl. Ex. P (Dkt. 2-16 Dkt. 3-16) | Blue-highlighted material located:<br><br>On pages one and two of the letter | TSMC | Cites, quotes, or discusses the purpose of and mechanics for implementing the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed.<br><br>Hsia Decl. §§ 2-8, 20, 30-32<br>Hung Decl. § 4 |
| | Red-underlined material located:<br><br>On page one of the letter | Defendants | Cites, quotes, or discusses the exact aspects of parties' discussion during parties' negotiations under the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to |

| Document (Prev. Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| | | | Defendants' competitors and potential adverse entities. |
| Compl. Ex. Q (Dkt. 2-17 Dkt. 3-17) | Blue-highlighted material located: On page one of the letter | TSMC | Cites, quotes, or discusses the purpose of and mechanics for implementing the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed. Hsia Decl. §§ 2-8, 21, 30-32 Hung Decl. § 4 |
| | Red-underlined material located: On page one of the letter | Defendants | Cites, quotes, or discusses the exact aspects of parties' discussion during parties' negotiations under the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities. |
| Defendants' Motion to Dismiss (Dkt. 36-1) | Blue-highlighted material located at: ii:7, ii:14, ii:18-19, ii:22, 1:18-21, 1:25-2:7, 2:9, 2:11-17, 3:17-21, 3:26-27, 4:2-8, 4:12, 4:14-23, 4:26-28, 5:2-4, 5:7-9, 5:21, 5:23-24, 5:27, 6:1-4, 6:7-16, 6:20-22, 6:24-26, 6:27-7:1, 8:12, 8:14-16, 8:18, 8:20-22, 8:24-25, 9:27-10: 11, 10:14-15, 10:17-21, 10:24-25, 10:27, 11:2-6, 11:8-9, 11:15, 11:18-24, 11:26-12:3, 12:5, 12:8-9 | TSMC | 5:27: Cites, quotes, or discusses the exact consideration TSMC paid, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed. ii:7, ii:14, i:18-19, ii:22, 1:18-21, 1:25-2:7, 2:9, 2:11-17, 3:17-21, 3:26-27, 4:2-8, 4:12, 4:14-23, 4:26-28, 5:2-4, 5:7-9, 5:21, 5:23-24, 6:1-4, 6:7-16, 6:20-22, 6:24-26, 6:27-7:1, 8:12, 8:14-16, 8:18, 8:20-22, 8:24-25, 9:27-10:10, 10:11, 10:14-15, 10:17-21, 10:24-25, 10:27, 11:2-6, 11:8-9, 11:15, 11:18-24, 11:26-12:3, 12:5, 12:8-9: Cites, quotes, or discusses the purpose of and mechanics for implementing the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed. Hsia Decl. §§ 2-8, 23, 28, 30-32 Hung Decl. § 4 |
| | Red-underlined material located at: 2:1-3, 2:12, 5:27, 6:1-2, 6:7, 6:9-11, 6:14, 6:21, 6:24-26, 8:16, 9:28, 10:9, | Defendants | 5:27: Cites, quotes, or discusses the amount, prior to withholding tax, for which Katana licensed its patents to TSMC, which is confidential and/or proprietary, disclosure of which would significantly harm Defendants' |

| Document (Prev. Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| | 10:14, 10:17-18, 10:20-21, 10:24, 11:3-5, 11:9, 11:20-24, 11:27 | | competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities.<br><br>2:1-3, 2:12, 6:1-2, 6:7, 6:9-11, 6:14, 6:21, 6:24-26, 8:16, 10:14, 10:17-21, 10:20-21, 10:24, 11:3-4, 11:3-5, 11:9, 11:20-24, 11:27: Cites, quotes, or discusses the exact aspects of parties' discussion during parties' negotiations under the Intellectual Property Collaboration and Services Agreement, which are confidential, proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities.<br><br>9:28, 10:9: Cites, quotes, or discusses the exact number of days and months for certain aspects of the parties' collaboration, which are confidential and proprietary, disclosure of which would harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities. |
| Plaintiff's Opp. to Defendants' Motion to Dismiss (Dkt. 44-4, Dkt. 45-3) | Blue-highlighted material located at:<br><br>i:5, i:12-15, 1:7, 1:14, 2:11, 2:17-21, 2:23-26, 3:1-10, 3:12, 3:15-17, 3:19-25, 4:10-13, 4:15-16, 5:3-10, 6:5, 6:7-8, 8:4, 8:7-8, 8:11, 8:15-16, 8:18-19, 8:21-22, 8:24-25, 8:27-28, 9:4-7, 9:11-12, 9:20, 9:26, 10:2, 10:8-9, 10:13-17, 10:19, 10:26-27, 11:5-6, 11:9, 11:13-16, 11:24, 11:26, 12:4, 12:7, 12:9, | TSMC | 2:11: Cites, quotes, or discusses the exact consideration TSMC paid, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed.<br><br>5:3-10: Cites, quotes, or discusses the exact mechanics for determining duration of a standstill, which relates to the performance of specific collaboration provisions contained in the parties' agreements, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed.<br><br>i:5, i:12-13, i:13-15, 1:7, 1:14, 2:17-21, 2:23-26, 3:1-10, 3:12, 3:15-17, 3:19-25, 4:10-13, 4:15-16, 6:5, 6:7-8, 8:4, 8:7-8, 8:11, 8:15-16, 8:18-19, 8:21-22, 8:25, 8:27-28, 9:4-7, 9:11-12, 9:20, |

| Document (Prev. Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| | 12:16-17, 12:19, 12:24, 12:26-27, 13:19, 13:24-25, 13:28-14:2, 21:21-23 | | 9:26, 10:2, 10:8-9, 10:13-17, 10:19, 10:26-27, 11:5-6, 11:9, 11:13-16, 11:24, 11:26, 12:4, 12:7, 12:9, 12:16-17, 12:19, 12:24, 12:26-27, 13:19, 13:24-25, 13:28-14:2, 21:21-23: Cites, quotes, or discusses the purpose of and mechanics for implementing the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed.<br><br>Hsia Decl. §§ 2-8, 24, 28, 30-32<br>Hung Decl. § 4 |
| | Red-underlined material located at:<br><br>2:11, 3:7, 3:17, 3:22, 3:25, 4:11-13, 4:15, 5:3, 5:5, 6:7-8, 8:21, 9:5-6, 9:11, 9:20, 9:26, 10:8, 10:15-16, 10:19, 10:27, 11:5-6, 11:24, 11:26, 12:27, 13:19, 21:21 | Defendants | 2:11: Cites, quotes, or discusses the amount, prior to withholding tax, for which Katana licensed its patents to TSMC, which is confidential and/or proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities.<br><br>3:17, 3:25, 4:11-13, 4:15, 6:7-8, 8:21, 9:5-6, 9:11, 9:20, 9:26, 10:8, 10:15-16, 10:19, 10:27, 11:5-6, 11:24, 11:26, 12:27, 13:19, 21:21: Cites, quotes, or discusses the exact aspects of parties' discussion during parties' negotiations under the Intellectual Property Collaboration and Services Agreement, which are confidential, proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities.<br><br>3:7, 3:22: Cites, quotes, or discusses the exact number of days and months for certain aspects of the parties' collaboration, disclosure of which would harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities. |

| Document (Prev. Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| | | | 5:3, 5:5: Cites, quotes, or discusses the exact criteria for extending the Standstill, disclosure of which would harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities. |
| Defendants' Reply in Support of Defendants' Motion to Dismiss (Dkt. 51-1) | Blue-highlighted material located at: ii:6-7, ii:8, 1:9-14, 1:19-20, 1:22, 2:12-16, 2:26-27, 3:2-3, 3:6-10, 3:12, 3:15-16, 3:18-20, 3:23-26, 4:1, 4:5-6, 4:11-12, 4:14-18, 4:21, 4:26, 5:27-6:2, 6:7-8, 6:10, 10:6 | TSMC | 4:17-18: Cites, quotes, or discusses the exact consideration TSMC paid, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed.<br><br>ii:6-7, ii:8, 1:9-14, 1:19-20, 1:22, 2:12-13, 2:14-16, 2:26-27, 3:2-3, 3:6-10, 3:12, 3:15-16, 3:18-20, 3:23-26, 4:1, 4:5-6, 4:11-12, 4:14-6, 4:21, 4:26, 5:27-6:2, 6:7-8, 6:10, 10:6: Cites, quotes, or discusses the purpose of and mechanics for implementing the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed.<br><br>Hsia Decl. §§ 2-8, 25, 28, 30-32<br>Hung Decl. § 4 |
| | Red-underlined material located at: 1:9, 1:11-12, 1:14, 1:19-20, 1:22, 2:26-27, 3:3, 3:12, 3:15-16, 3:18-20, 3:24, 3:26, 4:5-6, 4:17-18, 4:21, 5:27-6:2, 6:10 | Defendants | 1:9, 1:11-12, 1:14, 1:19-20, 1:22, 2:26-27, 3:3, 3:12, 3:15-16, 3:18-20, 3:24, 3:26, 4:5-6, 4:21, 5:27-6:2, 6:10: Cites, quotes, or discusses the exact aspects of parties' discussion during parties' negotiations under the Intellectual Property Collaboration and Services Agreement, which are confidential, proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities.<br><br>4:17-18: Cites, quotes, or discusses the amount, prior to withholding tax, for which Katana licensed its patents to TSMC, which is confidential and/or proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an |

| Document (Prev. Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| | | | unfair advantage to Defendants' competitors and potential adverse entities. |
| Joint Case Management Statement (Dkt. 62-4) | Blue-highlighted material located at: 1:19-22, 1:24-25, 1:27, 2:13-19, 2:26-3:1, 3:12 | TSMC | 2:26-3:1: Cites, quotes, or discusses the exact mechanics for determining duration of a standstill, which relates to the performance of specific collaboration provisions contained in the parties' agreements, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed.<br><br>1:19-22, 1:24-25, 1:27, 2:13-19, 3:12: Cites, quotes, or discusses the purpose of and mechanics for implementing the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed.<br><br>Hsia Decl. §§ 2-8, 26, 29-32<br>Hung Decl. § 4 |
| | Red-underlined material located at: 2:26-28 | Defendants | 2:26-28: Cites, quotes, or discusses the exact criteria for extending the Standstill, disclosure of which would harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities. |

The parties are unopposed to the sealing of the other's confidential and proprietary license-related material.

Pursuant to the Court's Order (Dkt. 83) and Civil Local Rule 79-5, the parties are submitting highlighted copies of the above-listed documents, which (a) highlight in blue the confidential information that TSMC seeks to seal and (b) underline with a red line (where Defendants' requests overlaps with TSMC's) or highlight in red (where Defendants' requests do not overlap with TSMC's) the confidential information that Defendants seek to seal. The parties have also filed redacted versions of the above-listed documents.

Neither party seeks to seal any part of Exhibit G to the Complaint (Dkt. 3-8), and so an

1  unredacted version of that document will be filed in the public record.

2      The parties' request is narrowly tailored to their confidential and proprietary information. With the redacted materials filed for public viewing, the public will still have unfettered access to the majority of the substance of the parties' materials.

**III.   CONCLUSION**

    For the foregoing reasons, pursuant to L.R. 79-5, the parties request that the aforementioned documents be filed under seal.

| | | |
|---|---|---|
| 1 | Dated: May 6, 2024 | MORRISON & FOERSTER LLP |
| 2 | | By: */s/ Richard S.J. Hung* |
| 3 | Richard S.J. Hung (SBN 197425) | David Sochia (*pro hac vice*) |
| | rhung@mofo.com | dsochia@McKoolSmith.com |
| 4 | Rachel S. Dolphin (SBN 305477) | Alexandra F. Easley (*pro hac vice*) |
| 5 | rdolphin@mofo.com | aeasley@McKoolSmith.com |
| | MORRISON & FOERSTER LLP | MCKOOL SMITH, P.C. |
| 6 | 425 Market Street | 300 Crescent Court, Suite 1500 |
| | San Francisco, California 94105 | Dallas, Texas 75201 |
| 7 | Telephone: (415) 268-7000 | Telephone: (214) 978-4000 |
| | Facsimile: (415) 268-7522 | Facsimile: (214) 978-4044 |
| 8 | Bita Rahebi (SBN 209351) | James E. Quigley (*pro hac vice*) |
| 9 | brahebi@mofo.com | jquigley@McKoolSmith.com |
| | MORRISON & FOERSTER LLP | MCKOOL SMITH, P.C. |
| 10 | 707 Wilshire Boulevard | 303 Colorado Street, Suite 2100 |
| | Los Angeles, California 90017 | Austin, Texas 78701 |
| 11 | Telephone: (213) 892-5200 | Telephone: (512) 692-8700 |
| | Facsimile: (213) 892-5454 | Facsimile: (512) 692-8744 |
| 12 | Gary C. Ma (SBN 221294) | *Attorneys for Plaintiff Taiwan Semiconductor Manufacturing Company Limited* |
| 13 | gary.ma@finnegan.com | |
| | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP | |
| 14 | Stanford Research Park | |
| 15 | 3300 Hillview Avenue | |
| | Palo Alto, CA 94304-1203 | |
| 16 | Telephone: (650) 849-6600 | |
| | Facsimile: (650) 849-6666 | |

| | | |
|---|---|---|
| 1 | Dated: May 6, 2024 | CARTER ARNETT PLLC |
| 2 | | By: */s/ Scott Breedlove* |
| 3 | | Scott W. Breedlove (*pro hac vice*) |
| | | sbreedlove@carterarnett.com |
| 4 | | Omer Salik (CA SBN 223056) |
| | | osalik@carterarnett.com |
| 5 | | Howard L. Lim (CA SBN 324926) |
| | | hlim@carterarnett.com |
| 6 | | Alexis Ritzer (*pro hac vice*) |
| 7 | | aritzer@carterarnett.com |
| | | CARTER ARNETT PLLC |
| 8 | | 8150 N. Central Expy, Suite 500 |
| | | Dallas, Texas 75206 |
| 9 | | 214-550-8188 (Telephone) |
| | | 214-550-8185 (Facsimile) |
| 10 | | |
| 11 | | *Attorneys for Defendants Longhorn IP LLC and Hamilcar Barca IP LLC* |

**ECF ATTESTATION**

Under Civil L.R. 5-1(i)(3), the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto.

*/s/ Richard S.J. Hung*
Richard S.J. Hung