| | |
|---|---|
| Scott W. Breedlove (*pro hac vice*) | Richard S.J. Hung (SBN 197425) |
| sbreedlove@carterarnett.com | rhung@mofo.com |
| Omer Salik (CA SBN 223056) | Rachel S. Dolphin (SBN 305477) |
| osalik@carterarnett.com | rdolphin@mofo.com |
| Howard L. Lim (CA SBN 324926) | MORRISON & FOERSTER LLP |
| hlim@carterarnett.com | 425 Market Street |
| Alexis Ritzer (*pro hac vice*) | San Francisco, California 94105 |
| aritzer@carterarnett.com | Telephone: (415) 268-7000 |
| CARTER ARNETT PLLC | Facsimile: (415) 268-7522 |
| 8150 N. Central Expy, Suite 500 | |
| Dallas, Texas 75206 | Bita Rahebi (SBN 209351) |
| 214-550-8188 (Telephone) | brahebi@mofo.com |
| 214-550-8185 (Facsimile) | MORRISON & FOERSTER LLP |
| | 707 Wilshire Boulevard |
| *Attorneys for Defendants Longhorn IP LLC and Hamilcar Barca IP LLC* | Los Angeles, California 90017 |
| | Telephone: (213) 892-5200 |
| | Facsimile: (213) 892-5454 |

[Additional counsel on motion signature page]

*Attorneys for Plaintiff Taiwan Semiconductor Manufacturing Company Limited*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LIMITED, | Case No.   5:23-cv-04265-PCP |
| Plaintiff, | **[PROPOSED] ORDER GRANTING RENEWED JOINT ADMINISTRATIVE MOTION TO SEAL** |
| vs. | |
| LONGHORN IP LLC and HAMILCAR BARCA IP LLC, | |
| Defendants. | |

Pending before the Court is Plaintiff Taiwan Semiconductor Manufacturing Company Limited's ("TSMC") and Defendants Longhorn IP LLC ("LIP") and Hamilcar Barca IP LLC's ("Hamilcar") (collectively, "Defendants") Joint Renewed Administrative Motion to Seal ("Administrative Motion to Seal"). Having considered:

(1) The Administrative Motion to Seal;

(2) the declarations of Richard Hung and David Hsia; and

(3) the declaration of Khaled Fekih-Romdhane.

IT IS HEREBY ORDERED THAT the Administrative Motion to Seal is **GRANTED**.

The Clerk of the Court shall file under seal the following materials:

| Document (Prev. Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| Complaint (Dkt. 2-4 Dkt. 3-3) | Blue-highlighted material located at:<br><br>1:19-2:2, 2:4, 2:7-9, 10:27, 12:3-4, 13:9-11, 13:15, 13:17, 13:19-21, 13:23-14:8, 14:10-11, 14:24, 14:26-15:4, 15:6-10, 16:1-2, 16:4-8, 16:15-18, 16:21-26, 16:28-17:3, 18:14-17, 18:22-25, 19:1, 20:19-20, 21:13-14, 22:5-6, 22:12, 22:27-28, 23:22-24, 24:15-18, 25:4, 25:17-21 | TSMC | 10:27: Cites, quotes, or discusses the exact consideration TSMC paid, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed.<br><br>13:9-11, 14:10-11, 16:24-26, 16:28-17:3, 23:22-24, 24:15-18, 25:17-21: Cites, quotes, or discusses the exact mechanics for determining duration of a standstill, which relates to the performance of specific collaboration provisions contained in the parties' agreements, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed.<br><br>1:19-2:2, 2:4, 2:7-9, 12:3-4, 3:17, 13:19-21, 13:23-14:8, 14:10-11, 14:24, 14:26-15:4, 15:6-10, 16:1-2, 16:4-8, 16:15-18, 16:21-24, 18:14-17, 18:20-25, 19:1, 20:19-20, 21:13-14, 22:5-6, 22:12, 22:27-28, 25:4: Cites, quotes, or discusses the purpose of and mechanics for implementing the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed.<br><br>Hsia Decl. §§ 2-8, 22, 28-32<br>Hung Decl. § 4 |

| Document (Prev. Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| | Red-underlined and red-highlighted material located at:[1]<br><br>10:27, 11:1, 13:10-11, 13:25, 14:7, 14:10-11, 14:27-28, 15:4, 15:6, 15:8, 16:2, 16:5-6, 16:15, 16:25-26, 17:1-2, 18:22, 18:24, 23:22, 23:24, 24:15, 24:17, 25:17, 25:19 | Defendants | 10:27: Cites, quotes, or discusses the amount, prior to withholding tax, for which Katana licensed its patents to TSMC, which is confidential and/or proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities.<br><br>13:10-11, 13:25, 14:7, 14:10-11, 15:4, 16:25-26, 17:1-2, 23:22, 23:24, 24:15, 24:17, 25:17, 25:19: Cites, quotes, or discusses the exact criteria for extending the Standstill, which are confidential, proprietary, disclosure of which would harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities.<br><br>14:27-28, 15:6, 15:8, 16:2, 16:5-6, 16:15, 18:22, 18:24: Cites, quotes, or discusses exact aspects of parties' discussion during parties' negotiations under the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities.<br><br>11:1: Cites, quotes, or discusses certain covenants granted by the parties, disclosure of which would harm Defendants' competitive standing and offer an unfair advantage to |

---

[1] Red underlining is used where Defendants' proposed sealing overlaps with TSMC's proposed sealing. Red highlighting is used where Defendants' proposed sealing does not overlap with TSMC's proposed sealing.

| Document (Prev. Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| | | | Defendants' competitors and potential adverse entities. |
| Compl. Ex. A (Dkt. 2-5 Dkt. 3-4) | Blue-highlighted material located at:<br><br>Two WHEREAS clauses on the first page<br><br>A definition in Section 1.4<br><br>Section 2.2<br><br>Sections 3.1-3.6<br><br>A parenthetical in Section 6.10 | TSMC | In Section 2.2: Cites, quotes, or discusses the exact mechanics for determining duration of a standstill, which relates to the performance of specific collaboration provisions contained in the parties' agreements, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed.<br><br>In two WHEREAS clauses on the first page, in a definition in Section 1.4, in Sections 3.1-3.6, and in a parenthetical in Section 6.10: Cites, quotes, or discusses the purpose of and mechanics for implementing the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed.<br><br>Hsia Decl. §§ 2-8, 10, 28-32<br>Hung Decl. § 4 |
| | Red-underlined material located at:<br><br>Section 2.2<br><br>Section 3.2<br><br>Section 3.3.3<br><br>Section 3.5<br><br>Section 3.6 | Defendants | In Sections 2.2, 3.6: Cites, quotes, or discusses the exact criteria for extending the Standstill, disclosure of which would harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities.<br><br>Sections 3.2, 3.3.3, 3.5: Cites, quotes, or discusses the exact number of days and months for certain aspects of the parties' collaboration, which are confidential and proprietary, disclosure of which would harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities. |
| Compl. Ex. B (Dkt. 2-6 Dkt. 3-5) | Blue-highlighted material located:<br><br>On page one of the email itself and then in a table in | TSMC | Cites, quotes, or discusses the purpose of and mechanics for implementing the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed. |

| Document (Prev. Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| | attachment labeled "Term Sheet" | | Hsia Decl. §§ 2-8, 13, 30-32 Hung Decl. § 4 |
| | Red-underlined material located: In a table in attachment labeled "Term Sheet" | Defendants | Cites, quotes, or discusses an exact aspect of parties' discussion during parties' negotiations under the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities. |
| Compl. Ex. C (Dkt. 2-7 Dkt. 3-6) | Blue-highlighted material located: On pages one through four of the email chain | TSMC | Cites, quotes, or discusses the purpose of and mechanics for implementing the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed. Hsia Decl. §§ 2-8, 14, 30-32 Hung Decl. § 4 |
| | Red-underlined material located: On pages one and two of the email chain | Defendants | Cites, quotes, or discusses exact aspects of parties' discussion during parties' negotiations under the Intellectual Property Collaboration and Services Agreement, which are confidential, proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities. |
| Compl. Ex. D (Dkt. 2-8 Dkt. 3-7) | Blue-highlighted material located: On pages one through four of the email chain | TSMC | Cites, quotes, or discusses the purpose of and mechanics for implementing the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed. Hsia Decl. §§ 2-8, 15, 30-32 Hung Decl. § 4 |
| | Red-underlined material located: On pages one and three of the email chain | Defendants | Cites, quotes, or discusses the exact aspects of parties' discussion during parties' negotiations under the Intellectual Property Collaboration and Services Agreement, which are confidential, proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to |

| Document (Prev. Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| | | | Defendants' competitors and potential adverse entities. |
| Compl. Ex. H (Dkt. 2-9 Dkt. 3-9) | Blue-highlighted material located: Under items "1)", "3)", and "5)" | TSMC | Under items "1)", and "5)": Cites, quotes, or discusses the exact consideration TSMC paid, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed. Under item "3)": Cites, quotes, or discusses the exact mechanics for determining duration of a standstill, which relates to the performance of specific collaboration provisions contained in the parties' agreements, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed. Hsia Decl. §§ 2-8, 9, 28-29, 32 Hung Decl. § 4 |
| | Red-underlined material located: Under items "1)", "3)", and "5)" | Defendants | Under items "1)" and "5)": Cites, quotes, or discusses the amounts, prior to withholding tax, for which Katana and Carthage, licensed their patents to TSMC, which is confidential and/or proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities. Under item "3)": Cites, quotes, or discusses on the exact criteria for extending the Standstill, disclosure of which would harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities. |
| Compl. Ex. I (Dkt. 2-10 Dkt. 3-10) | Blue-highlighted material located at: Section III.A | TSMC | Cites, quotes, or discusses the exact consideration TSMC paid, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed. Hsia Decl. §§ 2-8, 11, 28, 32 Hung Decl. § 4 |
| | Red-underlined and red-highlighted material located at: | Defendants | In Section II: Cites, quotes, or discusses the exact terms of the grant of rights, under which Katana licensed |

| Document (Prev. Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| | Section II<br><br>Section III.A<br><br>Section IV<br><br>Section IX<br><br>Exhibit B<br><br>Exhibit C | | its patents to TSMC, which is confidential and/or proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities.<br><br>In Section III.A: Cites, quotes, or discusses the amount, prior to withholding tax, for which Katana licensed its patents to TSMC, which is confidential and/or proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities.<br><br>In Section IV: Cites, quotes, or discusses certain covenants granted by the parties, disclosure of which would harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities.<br><br>In Section IX: Cites, quotes, or discusses certain doctrines agreed to by the parties as applicable, disclosure of which would harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities.<br><br>In Exhibits B and C: Cites, quotes, or discusses Katana's bank, account number, routing number, and swift code, which are confidential and proprietary, and likely to cause significant harm if disclosed. |
| Compl. Ex. J (Dkt. 2-11 Dkt. 3-11) | Blue-highlighted material located at:<br><br>Section III.A | TSMC | Cites, quotes, or discusses the exact consideration exchanged by the parties, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed.<br><br>Hsia Decl. §§ 2-8, 12, 28, 32<br>Hung Decl. § 4 |

| Document (Prev. Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| | Red-underlined and red-highlighted material located at:<br><br>Section II<br><br>Section III.A<br><br>Section IV<br><br>Section VIII<br><br>Exhibit B<br><br>Exhibit C | Defendants | In Section II: Cites, quotes, or discusses the exact terms of the grant of rights, under which Carthage licensed its patents to TSMC, which is confidential and/or proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities.<br><br>In Section III.A: Cites, quotes, or discusses the amount, prior to withholding tax, for which Carthage licensed its patents to TSMC, which is confidential and/or proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities.<br><br>In Section IV: Cites, quotes, or discusses certain covenants granted by the parties, disclosure of which would harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities.<br><br>In Section VIII: Cites, quotes, or discusses certain doctrines agreed to by the parties as applicable, disclosure of which would harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities.<br><br>In Exhibits B and C: Cites, quotes, or discusses Carthage's bank, account number, routing number, and swift code, which are confidential and proprietary, and likely to cause significant harm if disclosed. |
| Compl. Ex. L (Dkt. 2-12 Dkt. 3-12) | Blue-highlighted material located:<br><br>On page one of the email | TSMC | Cites, quotes, or discusses the purpose of and mechanics for implementing the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed. |

| Document (Prev. Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| | | | Hsia Decl. §§ 2-8, 16, 30-32<br>Hung Decl. § 4 |
| | Red-underlined material located:<br><br>On page one of the email | Defendants | Cites, quotes, or discusses the exact aspects of parties' discussion during parties' negotiations under the Intellectual Property Collaboration and Services Agreement, which are confidential, proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities. |
| Compl. Ex. M (Dkt. 2-13 Dkt. 3-13) | Blue-highlighted material located:<br><br>On page one of the email chain | TSMC | Cites, quotes, or discusses the purpose of and mechanics for implementing the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed.<br><br>Hsia Decl. §§ 2-8, 17, 30-32<br>Hung Decl. § 4 |
| | Red-underlined material located:<br><br>On page one of the email chain | Defendants | Cites, quotes, or discusses the exact aspects of parties' discussion during parties' negotiations under the Intellectual Property Collaboration and Services Agreement, which are confidential, proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities. |
| Compl. Ex. N (Dkt. 2-14 Dkt. 3-14) | Blue-highlighted material located:<br><br>On pages one and two of the email chain | TSMC | Cites, quotes, or discusses the purpose of and mechanics for implementing the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed.<br><br>Hsia Decl. §§ 2-8, 18, 30-32<br>Hung Decl. § 4 |
| | Red-underlined material located:<br><br>On pages one and two of the email chain | Defendants | Cites, quotes, or discusses the exact aspects of parties' discussion during parties' negotiations under the Intellectual Property Collaboration and Services Agreement, which are confidential, proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to |

| Document (Prev. Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| | | | Defendants' competitors and potential adverse entities. |
| Compl. Ex. O (Dkt. 2-15 Dkt. 3-15) | Blue-highlighted material located: On pages one and two of the letter | TSMC | Cites, quotes, or discusses the purpose of and mechanics for implementing the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed. Hsia Decl. §§ 2-8, 19, 30-32 Hung Decl. § 4 |
| | Red-underlined material located: On page one of the letter | Defendants | Cites, quotes, or discusses the exact aspects of parties' discussion during parties' negotiations under the Intellectual Property Collaboration and Services Agreement, which are confidential, proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities. |
| Compl. Ex. P (Dkt. 2-16 Dkt. 3-16) | Blue-highlighted material located: On pages one and two of the letter | TSMC | Cites, quotes, or discusses the purpose of and mechanics for implementing the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed. Hsia Decl. §§ 2-8, 20, 30-32 Hung Decl. § 4 |
| | Red-underlined material located: On page one of the letter | Defendants | Cites, quotes, or discusses the exact aspects of parties' discussion during parties' negotiations under the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities. |
| Compl. Ex. Q (Dkt. 2-17 Dkt. 3-17) | Blue-highlighted material located: On page one of the letter | TSMC | Cites, quotes, or discusses the purpose of and mechanics for implementing the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed. Hsia Decl. §§ 2-8, 21, 30-32 Hung Decl. § 4 |

| Document (Prev. Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| | Red-underlined material located:<br><br>On page one of the letter | Defendants | Cites, quotes, or discusses the exact aspects of parties' discussion during parties' negotiations under the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities. |
| Defendants' Motion to Dismiss (Dkt. 36-1) | Blue-highlighted material located at:<br><br>ii:7, ii:14, ii:18-19, ii:22, 1:18-21, 1:25-2:7, 2:9, 2:11-17, 3:17-21, 3:26-27, 4:2-8, 4:12, 4:14-23, 4:26-28, 5:2-4, 5:7-9, 5:21, 5:23-24, 5:27, 6:1-4, 6:7-16, 6:20-22, 6:24-26, 6:27-7:1, 8:12, 8:14-16, 8:18, 8:20-22, 8:24-25, 9:27-10: 11, 10:14-15, 10:17-21, 10:24-25, 10:27, 11:2-6, 11:8-9, 11:15, 11:18-24, 11:26-12:3, 12:5, 12:8-9 | TSMC | 5:27: Cites, quotes, or discusses the exact consideration TSMC paid, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed.<br><br>ii:7, ii:14, i:18-19, ii:22, 1:18-21, 1:25-2:7, 2:9, 2:11-17, 3:17-21, 3:26-27, 4:2-8, 4:12, 4:14-23, 4:26-28, 5:2-4, 5:7-9, 5:21, 5:23-24, 6:1-4, 6:7-16, 6:20-22, 6:24-26, 6:27-7:1, 8:12, 8:14-16, 8:18, 8:20-22, 8:24-25, 9:27-10:10, 10:11, 10:14-15, 10:17-21, 10:24-25, 10:27, 11:2-6, 11:8-9, 11:15, 11:18-24, 11:26-12:3, 12:5, 12:8-9: Cites, quotes, or discusses the purpose of and mechanics for implementing the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed.<br><br>Hsia Decl. §§ 2-8, 23, 28, 30-32<br>Hung Decl. § 4 |
| | Red-underlined material located at:<br><br>2:1-3, 2:12, 5:27, 6:1-2, 6:7, 6:9-11, 6:14, 6:21, 6:24-26, 8:16, 9:28, 10:9, 10:14, 10:17-18, 10:20-21, 10:24, 11:3-5, 11:9, 11:20-24, 11:27 | Defendants | 5:27: Cites, quotes, or discusses the amount, prior to withholding tax, for which Katana licensed its patents to TSMC, which is confidential and/or proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities.<br><br>2:1-3, 2:12, 6:1-2, 6:7, 6:9-11, 6:14, 6:21, 6:24-26, 8:16, 10:14, 10:17-21, 10:20-21, 10:24, 11:3-4, 11:3-5, 11:9, |

| Document (Prev. Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| | | | 11:20-24, 11:27: Cites, quotes, or discusses the exact aspects of parties' discussion during parties' negotiations under the Intellectual Property Collaboration and Services Agreement, which are confidential, proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities.<br><br>9:28, 10:9: Cites, quotes, or discusses the exact number of days and months for certain aspects of the parties' collaboration, which are confidential and proprietary, disclosure of which would harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities. |
| Plaintiff's Opp. to Defendants' Motion to Dismiss (Dkt. 44-4, Dkt. 45-3) | Blue-highlighted material located at:<br><br>i:5, i:12-15, 1:7, 1:14, 2:11, 2:17-21, 2:23-26, 3:1-10, 3:12, 3:15-17, 3:19-25, 4:10-13, 4:15-16, 5:3-10, 6:5, 6:7-8, 8:4, 8:7-8, 8:11, 8:15-16, 8:18-19, 8:21-22, 8:24-25, 8:27-28, 9:4-7, 9:11-12, 9:20, 9:26, 10:2, 10:8-9, 10:13-17, 10:19, 10:26-27, 11:5-6, 11:9, 11:13-16, 11:24, 11:26, 12:4, 12:7, 12:9, 12:16-17, 12:19, 12:24, 12:26-27, 13:19, 13:24-25, 13:28-14:2, 21:21-23 | TSMC | 2:11: Cites, quotes, or discusses the exact consideration TSMC paid, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed.<br><br>5:3-10: Cites, quotes, or discusses the exact mechanics for determining duration of a standstill, which relates to the performance of specific collaboration provisions contained in the parties' agreements, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed.<br><br>i:5, i:12-13, i:13-15, 1:7, 1:14, 2:17-21, 2:23-26, 3:1-10, 3:12, 3:15-17, 3:19-25, 4:10-13, 4:15-16, 6:5, 6:7-8, 8:4, 8:7-8, 8:11, 8:15-16, 8:18-19, 8:21-22, 8:25, 8:27-28, 9:4-7, 9:11-12, 9:20, 9:26, 10:2, 10:8-9, 10:13-17, 10:19, 10:26-27, 11:5-6, 11:9, 11:13-16, 11:24, 11:26, 12:4, 12:7, 12:9, 12:16-17, 12:19, 12:24, 12:26-27, 13:19, 13:24-25, 13:28-14:2, 21:21-23: Cites, quotes, or discusses the purpose of and mechanics for implementing the Intellectual Property Collaboration and Services Agreement, which is |

| Document (Prev. Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| | | | confidential, proprietary, and likely to cause harm to TSMC if disclosed.<br><br>Hsia Decl. §§ 2-8, 24, 28, 30-32<br>Hung Decl. § 4 |
| | Red-underlined material located at:<br><br>2:11, 3:7, 3:17, 3:22, 3:25, 4:11-13, 4:15, 5:3, 5:5, 6:7-8, 8:21, 9:5-6, 9:11, 9:20, 9:26, 10:8, 10:15-16, 10:19, 10:27, 11:5-6, 11:24, 11:26, 12:27, 13:19, 21:21 | Defendants | 2:11:  Cites, quotes, or discusses the amount, prior to withholding tax, for which Katana licensed its patents to TSMC, which is confidential and/or proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities.<br><br>3:17, 3:25, 4:11-13, 4:15, 6:7-8, 8:21, 9:5-6, 9:11, 9:20, 9:26, 10:8, 10:15-16, 10:19, 10:27, 11:5-6, 11:24, 11:26, 12:27, 13:19, 21:21:  Cites, quotes, or discusses the exact aspects of parties' discussion during parties' negotiations under the Intellectual Property Collaboration and Services Agreement, which are confidential, proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities.<br><br>3:7, 3:22:  Cites, quotes, or discusses the exact number of days and months for certain aspects of the parties' collaboration, disclosure of which would harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities.<br><br>5:3, 5:5:  Cites, quotes, or discusses the exact criteria for extending the Standstill,  disclosure of which would harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities. |

| Document (Prev. Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
| Defendants' Reply in Support of Defendants' Motion to Dismiss (Dkt. 51-1) | Blue-highlighted material located at: ii:6-7, ii:8, 1:9-14, 1:19-20, 1:22, 2:12-16, 2:26-27, 3:2-3, 3:6-10, 3:12, 3:15-16, 3:18-20, 3:23-26, 4:1, 4:5-6, 4:11-12, 4:14-18, 4:21, 4:26, 5:27-6:2, 6:7-8, 6:10, 10:6 | TSMC | 4:17-18: Cites, quotes, or discusses the exact consideration TSMC paid, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed.<br><br>ii:6-7, ii:8, 1:9-14, 1:19-20, 1:22, 2:12-13, 2:14-16, 2:26-27, 3:2-3, 3:6-10, 3:12, 3:15-16, 3:18-20, 3:23-26, 4:1, 4:5-6, 4:11-12, 4:14-6, 4:21, 4:26, 5:27-6:2, 6:7-8, 6:10, 10:6: Cites, quotes, or discusses the purpose of and mechanics for implementing the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed.<br><br>Hsia Decl. §§ 2-8, 25, 28, 30-32<br>Hung Decl. § 4 |
| | Red-underlined material located at: 1:9, 1:11-12, 1:14, 1:19-20, 1:22, 2:26-27, 3:3, 3:12, 3:15-16, 3:18-20, 3:24, 3:26, 4:5-6, 4:17-18, 4:21, 5:27-6:2, 6:10 | Defendants | 1:9, 1:11-12, 1:14, 1:19-20, 1:22, 2:26-27, 3:3, 3:12, 3:15-16, 3:18-20, 3:24, 3:26, 4:5-6, 4:21, 5:27-6:2, 6:10: Cites, quotes, or discusses the exact aspects of parties' discussion during parties' negotiations under the Intellectual Property Collaboration and Services Agreement, which are confidential, proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities.<br><br>4:17-18: Cites, quotes, or discusses the amount, prior to withholding tax, for which Katana licensed its patents to TSMC, which is confidential and/or proprietary, disclosure of which would significantly harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities. |
| Joint Case Management Statement (Dkt. 62-4) | Blue-highlighted material located at: | TSMC | 2:26-3:1: Cites, quotes, or discusses the exact mechanics for determining duration of a standstill, which relates to the performance of specific collaboration provisions contained in |

| Document (Prev. Dkt(s).) | Material | Designating Party | Basis for Sealing |
|---|---|---|---|
|  | 1:19-22, 1:24-25, 1:27, 2:13-19, 2:26-3:1, 3:12 |  | the parties' agreements, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed.<br><br>1:19-22, 1:24-25, 1:27, 2:13-19, 3:12: Cites, quotes, or discusses the purpose of and mechanics for implementing the Intellectual Property Collaboration and Services Agreement, which is confidential, proprietary, and likely to cause harm to TSMC if disclosed.<br><br>Hsia Decl. §§ 2-8, 26, 29-32<br>Hung Decl. § 4 |
|  | Red-underlined material located at:<br><br>2:26-28 | Defendants | 2:26-28: Cites, quotes, or discusses the exact criteria for extending the Standstill, disclosure of which would harm Defendants' competitive standing and offer an unfair advantage to Defendants' competitors and potential adverse entities. |

IT IS SO ORDERED.

DATED:                                             By: _____
                                                                                    P. Casey Pitts
                                                                                     United States District Judge